THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Mark T. Freeman,       
Appellant.
 
 
 

Appeal From Cherokee County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No.  2005-UP-332
Submitted May 1, 2005  Filed May 16, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott; all of Columbia, and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM: Mark Freeman appeals his conviction for driving under the influence.  He argues the trial judge erred in denying his motion for a directed verdict.  His counsel attached to the final brief a petition to be relieved as counsel, stating he reviewed the record and concluded Freemans appeal is without merit.  Freeman did not file a pro se response.  
After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.[1]
GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

[1]We decide this case without oral argument pursuant to Rule 215, SCACR.